**DISMISS and Opinion Filed January 24, 2022**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01022-CV

**CAE SIMUFLITE, INC. AND AMERICAN FLYERS, INC., Appellants**
**V.**
**VICTOR MAURICIO AGUILAR TALAVERA, AS REPRESENTATIVE OF THE ESTATE OF JUAN JOSE AGUILAR TALAVERA, DECEASED, MICHELLE DENISSE AGUILAR GONZALEZ, HEITRIAN NAXYELI AGUILAR GONZALEZ, ZIANYA NATALIA MARISA AGUILAR GONZALEZ, PABLO GONZALEZ GONZALEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LUIS OVIDIO GONZALEZ FLORES, DECEASED, LORENA GUADALUPE FLORES BARRON, AND INGRID YANEL ALONSO MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF L.M.G.A., A MINOR, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-05624**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Seeking to appeal the trial court's interlocutory order denying their respective motions to dismiss appellees' claims against them under Texas Rule of Civil Procedure 91a, appellants have filed a petition for permissive appeal. We deny the

petition and dismiss the appeal for want of jurisdiction.  *See* TEX. CIV. PRAC. & REM.

CODE ANN. § 51.014(f); TEX. R. APP. P. 28.3, 42.3(a).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211022F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CAE SIMUFLITE, INC. AND AMERICAN FLYERS, INC., Appellants

No. 05-21-01022-CV          V.

VICTOR MAURICIO AGUILAR TALAVERA, AS REPRESENTATIVE OF THE ESTATE OF JUAN JOSE AGUILAR TALAVERA, DECEASED, MICHELLE DENISSE AGUILAR GONZALEZ, HEITRIAN NAXYELI AGUILAR GONZALEZ, ZIANYA NATALIA MARISA AGUILAR GONZALEZ, PABLO GONZALEZ GONZALEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LUIS OVIDIO GONZALEZ FLORES, DECEASED, LORENA GUADALUPE FLORES BARRON, AND INGRID YANEL ALONSO MORALES, INDIVIDUALLY AND

On Appeal from the 162nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-21-05624. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

–3–

AS NEXT FRIEND OF L.M.G.A., A
MINOR, Appellees

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees VICTOR MAURICIO AGUILAR TALAVERA, AS REPRESENTATIVE OF THE ESTATE OF JUAN JOSE AGUILAR TALAVERA, DECEASED, MICHELLE DENISSE AGUILAR GONZALEZ, HEITRIAN NAXYELI AGUILAR GONZALEZ, ZIANYA NATALIA MARISA AGUILAR GONZALEZ, PABLO GONZALEZ GONZALEZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF LUIS OVIDIO GONZALEZ FLORES, DECEASED, LORENA GUADALUPE FLORES BARRON, AND INGRID YANEL ALONSO MORALES, INDIVIDUALLY AND AS NEXT FRIEND OF L.M.G.A., A MINOR recover their costs of this appeal from appellants CAE SIMUFLITE, INC. AND AMERICAN FLYERS, INC.

Judgment entered January 24, 2022